IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Johnoel Stafford ,

Plaintiff(s),

v.

Mobiloans, LLC ,

Defendant(s).

Case No. 1:17-cv-04487
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Mobiloans, LLC
and against plaintiff(s) Johnoel Stafford

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion for summary judgment.

Date: 8/16/2018

Thomas G. Bruton, Clerk of Court

Maria G. Hernandez , Deputy Clerk